**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ZAC PROPERTIES, LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**VAUGHN RHOADES** *et al.*,<br><br>    **Defendants.** | Case No.: 13-CV-2139 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND REMANDING ACTION** |

    The Court has reviewed Magistrate Judge Jacqueline Scott Corley's Report and Recommendation that the Case Be Remanded (Dkt. No. 5), to which Defendant Vaughn Roades has filed an objection.  The Objection is **OVERRULED**.  The Court finds the Report correct, well-reasoned and thorough, and **ADOPTS** it in every respect.

    Accordingly, and for the reasons set forth in the Report and Recommendation, this Action is **REMANDED** to the Alameda County Superior Court.

    This Order Terminates Docket Number 5.

    **IT IS SO ORDERED.**

Date: June 26, 2013

                                                       **YVONNE GONZALEZ ROGERS**
                                                       **UNITED STATES DISTRICT COURT JUDGE**