UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ZAC PROPERTIES, LLC, | No. C 13-2970 MEJ |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| VAUGHN RHOADES, et al., | |
| Defendants. | |
| _____/ | |

In accordance with Civil Local Rule 3-12(c), this matter is referred to the Honorable Yvonne Gonzalez Rogers for the purpose of considering whether it is related to the following case:

4:13-cv-02139-YGR, *Zac Properties, LLC v. Rhoades et al.*

**IT IS SO ORDERED.**

Dated: September 30, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ZAC PROPERTIES, LLC

        Plaintiff,

  v.

VAUGHN RHOADES ET.AL.

        Defendant.

Case Number: 13-02970 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wendee Hartman
8007 Wentworth Place
Newark, CA 94560

Dated: September 30, 2013

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

2